No. 14, Original. *Ex parte:* IN THE MATTER OF WILLIAM W. BIERCE, LIMITED, PETITIONER. Submitted November 27, 1905. Decided December 4, 1905. *Per Curiam.* Leave to file petition for writs of mandamus or certiorari granted, and on consideration thereof and of the record presented therewith it is ordered that an appeal be, and it is hereby, allowed,

without prejudice, from the judgment of the Supreme Court of the Territory of Hawaii in the case of *Bierce, Limited* (a corporation), v. *Hutchins, Trustee,* on appellant giving bond in the penal sum of $1,000, conditioned according to law and approved by the Chief Justice of said Supreme Court or an associate justice thereof. *Mr. Charles H. Aldrich* for petitioner.